# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CURTIS BRUNKHORST, | ) |
| Petitioner, | ) ) ) |
| vs. | ) CIVIL NO. 06-991-GPM |
| JOSEPH MATHY, | ) ) ) |
| Respondent. | ) |

# JUDGMENT IN A CIVIL CASE

This action came before the Court, District Judge G. Patrick Murphy, and the following decision was reached:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DENIED**, and the action is **DISMISSED on the merits**.

**DATED**: 6/12/09

JUSTINE FLANAGAN, ACTING CLERK

By: s/ Linda M. McGovern
Deputy Clerk

APPROVED: s/ *G. Patrick Murphy*
G. Patrick Murphy
United States District Judge